## No. 12,612.

MILE HIGH MERCANTILE COMPANY ET AL. *v.* CAPITOL LIFE
INSURANCE COMPANY.
(21 P. [2d] 1118)

Decided May 8, 1933.

Judgment affirmed en banc without written opinion,
Mr. Justice Hilliard and Mr. Justice Bouck not partici-
pating.

Mr. OLIVER W. TOLL, for plaintiffs in error.

Mr. WM. E. HUTTON, Mr. JOHN F. PIERCE, for defend-
ant in error.